ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-mj-04047 |
| v. | ) | JOHN S. BRYANT |
| | ) | U.S. District Court Magistrate Judge |
| BRITTAN KETTLES | ) | |

MOTION TO REQUEST REDACTION

The accused, Brittan Kettles, through counsel, Assistant Federal Defender Isaiah S. Gant, respectfully requests redaction of certain personal information in the transcript of the Preliminary and Detention Hearing prepared September 26, 2011, (DE 15). In support of this motion, Mr. Kettles would show the following: The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed. In this case, the following information regarding a street address should be redacted from the transcript at the time of filing:

Page 7, Line 5
Page 8, Line 9
Page 12, Line 5
Page 15, Line 17
Page 25, Lines 14, 15, 16, 24-25
Page 27, Lines 6, 21-22, 24
Page 28, Lines 15, 25
Page 30, Line 16
Page 31, Line 17-18
Page 33, Line 5-6
Page 40, Line 4-6